UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| LENARD LAWS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 1:19-CV-98 PLC |
| | ) |
| ANDREW M. SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This case is before the Court on Defendant Andrew Saul's motion to reverse the decision of the administrative law judge (ALJ) and remand the case to Defendant pursuant to sentence four of 42 U.S.C. § 405(g). [ECF No. 18] Plaintiff "consents to the Defendant's Motion to Remand this case." [ECF No. 19]

On June 20, 2019, Plaintiff filed a complaint seeking review of Defendant's decision that Plaintiff was not under a disability within the meaning of the Social Security Act. [ECF No. 1] Defendant filed his answer and a transcript of the administrative proceedings. [ECF Nos. 11, 12] Plaintiff filed a brief in support of the complaint, as well as a statement of uncontroverted facts. [ECF Nos. 15, 15-1]

On December 11, 2019, Defendant filed the instant motion to reverse and remand the case for further action under 42 U.S.C. § 405(g), which permits the Court to "enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). [ECF No. 18] Defendant explains that remand is necessary because the ALJ failed to cite evidence in support of his finding that Plaintiff's cardiac impairments, which

included hypertension, aortic valve stenosis, and tachycardia, were "non-severe." Defendant states that, "[o]n remand, the ALJ will further evaluate Plaintiff's claim, including whether his cardiac impairments are severe medically determinable impairments that result in any work-related limitations." [Id. at 2]

Based on the record, the Court grants Defendant's unopposed motion to reverse the ALJ's decision and remand this matter to Defendant for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly,

**IT IS HEREBY ORDERED** that Defendant's unopposed motion to reverse and remand [ECF No. 18] is **GRANTED**.

A separate judgment in accordance with this Memorandum and Order is entered this same date.

                                               */s/ Patricia L. Cohen*

                                               PATRICIA L. COHEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated this 9th day of January, 2020